MICHAEL P. VERNA (CA BAR #84070)
STEVEN P. MCFARLANE (CA BAR #240488)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com

Plaintiffs' Liaison Counsel

CHAMBERS COPY
DO NOT FILE

JUDGE **BREYER**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | MDL Docket No. 10-02144-CRB |
| | **This Document Relates To:** **Case No. CV-10-01843-CRB** |
| ROSILENE HEMME, et al., | |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| AIRBUS S.A.S.; et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that:

1. The claims of Plaintiff CATHY POCHOLLE in the above-captioned action are hereby dismissed with prejudice and without interest or costs to any party; and

2. There is no just reason for delay of the entry of judgment dismissing the claims of the aforementioned Plaintiff and entry of final judgment dismissing such claims hereby is Ordered.

Dated: September 23, 2011

| WISNER LAW FIRM | PERKINS COIE LLP |
|---|---|
| By: /s/Floyd A. Wisner<br>Floyd A. Wisner<br>3N 780 Trotter Lane<br>St. Charles, IL 60175<br>Telephone: (630) 513-9434<br>faw@wisner-law.com<br><br>*Attorneys for Plaintiffs* | By: /s/John Dillow<br>John Dillow<br>V.L. Woolston<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98191<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* |
| HOGAN LOVELLS US LLP | KAPLAN, MASSAMILLO & ANDREWS, LLC |
| By: /s/Thad T. Dameris<br>Thad T. Dameris<br>700 Louisiana Street, Suite 4300<br>Houston, TX 77002<br>Telephone: (713) 632-1400<br>Facsimile: (713) 583-6297<br>Thad.dameris@hoganlovells.com<br><br>Norman J. Blears<br>525 University Avenue, 4th Floor<br>Palo Alto, CA 94301<br>Telephone: (650) 463-4000<br>norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S.* | By: /s/Eugene Massamillo<br>Eugene Massamillo<br>70 E. 55th Street, 25th Floor<br>New York, NY 10022<br>Telephone: (212) 922-0450<br>Facsimile: (212) 922-0530<br>emassamillo@kmalawfirm.com<br><br>Richard A. Walker<br>200 W. Madison Street, 16th Floor<br>Chicago, IL 60606<br>Telephone: (312) 345-3000<br>Facsimile: (312) 345-3119<br>Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A.* |

| | | |
|---|---|---|
| 1 | CROWELL & MORING LLP | MORRISON & FOERSTER LLP |
| 2 | | By: /s/William V. O'Connor |
| 3 | By: /s/Lisa J. Savitt<br>Lisa J. Savitt | William V. O'Connor<br>12531 High Bluff Drive Suite 100 |
| 4 | 1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | San Diego, CA 92130<br>Telephone: (858) 720-5100 |
| 5 | Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116 | Facsimile: (858) 720-5125<br>woconnor@mofo.com |
| 6 | lsavitt@crowell.com | |
| 7 | Attorneys for E.I. du Pont de Nemours & Co. | Attorneys for Honeywell International Inc. |
| 8 | | |
| 9 | | |
| 10 | SCHNADER HARRISON SEGAL & LEWIS LLP | REED SMITH LLP |
| 11 | | By: /s/Patrick E. Bradley |
| 12 | By: /s/Jonathan M. Stern<br>Jonathan M. Stern | Patrick E. Bradley<br>136 Main Street, Suite 250 |
| 13 | 750 Ninth Street, N.W. Suite 550<br>Washington, DC 20001 | Princeton Forrestal Village<br>Princeton, NJ 08450 |
| 14 | Telephone: (202) 419-4202<br>Facsimile: (202) 419-4252 | Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824 |
| 15 | jstern@schnader.com | pbradley@reedsmith.com |
| 16 | | |
| 17 | Attorneys for Motorola, Inc. | Attorneys for Rockwell Collins, Inc. |
| 18 | | |
| 19 | PAUL HASTINGS JANOFSKY & WALKER LLP | BLANK ROME LLP |
| 20 | | |
| 21 | By: /s/Sheila A. Sundvall<br>Sheila A. Sundvall | By: /s/Raymond G. Mullady, Jr.<br>Raymond G. Mullady, Jr. |
| 22 | 191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606 | Watergate 600 New Hampshire Ave., NW<br>Washington, DC 20037 |
| 23 | Telephone: (312) 499-6000 | Telephone: (202) 772-5828 |
| 24 | Facsimile: (312) 499-6100<br>sheilasundvall@paulhastings.com | Facsimile: (202) 572-8414<br>mullady@blankrome.com |
| 25 | | |
| 26 | Attorneys for GE Aviation Systems, LLC and<br>General Electric Co. | Attorneys for Rosemount Aerospace Inc. |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-02144-CRB
Case No. CV-10-01843-CRB

| FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By: /s/James W. Hunt<br>    James W. Hunt<br>    Mark R. Irvine<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile: (213) 873-2125<br>    James.hunt@fitzhunt.com<br>    Mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation and Raychem Corporation* | FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By: /s/Alan H. Collier<br>    Alan H. Collier<br>    Aghavni Kasparian<br>    633 West Fifth Street, 60th Floor<br>    Los Angeles, CA 90071<br>    Telephone: (213) 873-2100<br>    Facsimile: (213) 873-2125<br>    alan.collier@fitzhunt.com<br>    aghavni.kasparian@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |
|---|---|

**IT IS SO ORDERED.**

Dated: September 27, 2011

_____
Hon. Charles R. Breyer